UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STEWART L. ROARK,**

    **Plaintiff,**

v.

**CREDIT ONE BANK, N.A.,**

    **Defendants.**

MISC. ACTION NO.
8:16-mc-138-CEH-AAS

**MOTION TO WITHDRAW**
**MOTION TO QUASH PLAINTIFF'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, OR ALTERNATIVELY, MOTION FOR PROTECTIVE ORDER**

Non-Party, First Contact ("**First Contact**"), hereby moves to withdraw its previously filed Motion to Quash Plaintiff's Subpoena to Testify at a Deposition in a Civil Action, or Alternatively, Motion for Protective Order (Doc. No. 1). In support of this motion, First Contact states the following:

1. On October 27, 2016, First Contact moved to quash a Subpoena to Testify at a Deposition in a Civil Action that had issued by the United States District Court for the District of Minnesota in *Stewart Roark v. Credit One Bank, N.A..*, Case No. 0:16-cv-00173. The subpoena was issued at the request of Stewart L. Roark (Plaintiff).

2. On October 28, 2016, counsel for First Contact and counsel for Plaintiff reached a resolution and Plaintiff agreed to withdraw the subpoena.

3. Because Plaintiff has withdrawn his subpoena, it is no longer necessary for the Court to quash or modify it.

28434484 v1

WHEREFORE, First Contact requests the Court allow it to withdraw its Motion to Quash Plaintiff's Subpoena to Testify at a Deposition in a Civil Action, or Alternatively, Motion for Protective Order. (Doc. No. 1.)

        Respectfully submitted,

        */s/Jacqueline Simms-Petredis*
        **Jacqueline Simms-Petredis, Esq.**
        **(FL Bar 906751)**
        Primary Email: flservice@burr.com
        Secondary Email: jsimms-petredis@burr.com
        Secondary Email: zhasbini@burr.com
        **BURR & FORMAN LLP**
        201 N. Franklin Street, Suite 3200
        Tampa, FL 33602
        Telephone: (813) 221-2626
        Facsimile: (813) 221-7335
        *Counsel for non-party First Contact*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing will be electronically served via e-mail this 31st day of October, 2016 upon:

Adam R. Strauss, Esq.
Tarshish Cody, PLC
6337 Penn Avenue South
Minneapolis, Minnesota 55423
ars@attorneysinmn.com
*Attorney for Plaintiff*

Patrick D. Newman, Esq.
Moss & Barnett
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Patrick.newman@lawmoss.com
*Attorney for Credit One Bank, N.A.*

        */s/Jacqueline Simms-Petredis*
        Jacqueline Simms-Petredis